# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **22-cr-0486-JLS** |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ABISAI ALEJANDRO LOPEZ-SALINAS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the Motion Hearing/Trial Setting in the above-captioned case is continued from May 20, 2022, at 1:30PM to June 17, 2022, at 1:30PM. Defendant shall file an acknowledgment by May 20, 2022.

**IT IS FURTHER ORDERED** that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated: May 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge