# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ABISAI ALEJANDRO LOPEZ SALINAS,<br><br>Defendant | Case No. 22-cr-486-JLS<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Abisai Alejandro Lopez Salinas without prejudice.

IT IS FURTHER ORDERED bond is exonerated.

IT IS SO ORDERED.

Dated: May 24, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge